Order affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: McLAUGHLIN, J.

---

JOHN F. MURPHY, Respondent, v. THE SECOND RUSSIAN INSURANCE COMPANY, Appellant.

*Attachment — foreign insurance company — when funds deposited with Superintendent of Insurance subject to levy under attachment.*

*Murphy* v. *Second Russian Ins. Co.*, 210 App. Div. 847, affirmed.

(Argued January 22, 1925; decided February 25, 1925.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered November 21, 1924, which affirmed an order of Special Term denying a motion for an order directing the plaintiff to reply to certain defenses set up in the answer, discharging the attachment theretofore granted herein and to vacate the levy made under said attachment or require an increase in the security given by plaintiff upon said attachment.

The following question was certified: " Are the funds of the Second Russian Insurance Company, a foreign corporation, deposited with the State Superintendent of Insurance, and trusteed with the Bank of New York and Trust Company respectively, pursuant to the Insurance Laws of the State of New York, subject to levy under attachment by a claimant resident of the State of New York who is assignee of a foreign corporation where the claim grows out of the breach of a contract made and executed in Norway and/or Russia? "

*Albert Massey* and *Michael S. Gleason* for appellant.

*Blaine F. Sturgis* and *Hartwell Cabell* for respondent.

*William C. Cannon* and *Allen Wardwell* for Stetson, Jennings and Russell, *amicus curiæ.*

*David Rumsey* and *Louis J. Wolff* for Fred S. James & Co., *amicus curiæ.*

Order affirmed, with costs, question certified answered in the affirmative; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, POUND, CRANE, ANDREWS and LEHMAN, JJ.   Absent: McLAUGHLIN, J.